1 Name: Thomas Delean

2 Address: 2720 Ingersoll, wyoming,

3 MI 49519

4 Phone: 616-309-3186

5 Fax: _____

6 In Pro Per

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB 2 4 2023

CENTRAL DISTRICT OF CALIFORNIA
BY      DVA            DEPUTY

7

8          **UNITED STATES DISTRICT COURT**

9          **CENTRAL DISTRICT OF CALIFORNIA**

10 Thomas Delean

11

12                                    Plaintiff

13                        v.

14 Placentia Police Department;
officer kim; officer Nhuero;

15 Both watch commanders from 2/24/23
morning

16                              Defendant(s).

CASE NUMBER:

8:23cv331-JGB-SK

To be supplied by the Clerk of
The United States District Court

Complaint

17     I Thomas Joseph Delean sr, was arrested after
18 being pulled over for broken headlight, on 2/24/23 at approx
19 betwee 4am a 5am. I was unlawfully Detained, unlawfully searched
20 + seized, arrested and car impounded. They held me on a warrant
21 and released and told me there was no warrant. They impounded my
22 car for 30 days. I was driving lawfully. The date on the bill
23 of sale or title is 2/21/23, I was driving my car to the 1st
24 point of storage, which is allowed for 3 days federally and in Michigan.
25 Therefore I was within my legal rights to drive. My car was on
26 private property when it was towed, which was unnecessary and
27 a clear abuse of power. I am requesting $6,000 in damages plus any
28 other amount awarded by a jury. The $6000 is what I'm out in wages,
time and less than the ~~blue~~ blue book for the vehicle value, given recent repairs
Everything is true to the best of my knowledge.
                                Thomas Delean Sr (plaintiff)

CV-126 (09/09)          PLEADING PAGE FOR A COMPLAINT

# STATE OF MICHIGAN

## CERTIFICATE OF TITLE

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | MODEL | BODY STYLE |
|---|---|---|---|---|
| KM8SC13E33U555742 | 2003 | HYUNDAI | | STATION WAGON |

| TITLE NUMBER | ISSUE DATE | ODOMETER | BRAND OR LEGEND |
|---|---|---|---|
| MI0015235210 | 10/27/2022 | | |

**WEIGHT OR FEE CATEGORY**
21001

**ODOMETER BRAND**

**OWNER(S) NAME AND ADDRESS**
DEVONA MICHELLE BELSER
3739 COLLINGWOOD AVE SW
WYOMING                    MI    49519

NO SECURED INTEREST ON RECORD

## Title Assignment by Seller

State and federal laws require the seller(s) to indicate mileage when ownership is transferred. Failure to complete or providing false information may result in civil liability, fines and/or imprisonment. **ANY ALTERATION, ERASURE, FALSE STATEMENT, FORGERY OR FRAUD VOIDS THIS TITLE AND IS A CRIME.**

**Completed by Seller**

I warrant the ownership of the vehicle described on Certificate of Title has been transferred to the following purchaser(s) and is free of all previous liens:

| Purchaser(s) Name (printed) | | Date of Sale | Selling Price |
|---|---|---|---|
| Thomas Joseph DeLeon Sr | | 2/21/23 | $100 |

| Purchaser's Street Address | City | State | Zip |
|---|---|---|---|
| 2720 Ingersoll | Wyoming | MI | 49519 |

I (we) certify the odometer reading is: ☐☐☐☐☐☐.☒ (No Tenths) and to the best of my knowledge the odometer mileage is:

☐ actual mileage  ☐ not actual mileage - **WARNING ODOMETER DISCREPANCY**  ☐ exceeds mechanical limits of odometer (odometer has rolled over)

| Signature of Seller(s) | Seller(s) Name (printed) | | |
|---|---|---|---|
| X Devona M Belser | Devona M. Belser | | |

| Seller's Street Address | City | State | Zip |
|---|---|---|---|
| | | | |

**Completed by Buyer**

A $15.00 Late Fee is Due for Failure to Apply for Title Within 15 Calendar Days of Date of Assignment

"I am aware of the above odometer certification made by the seller(s)."

| Signature of Purchaser(s) | Printed Name of Purchaser(s) |
|---|---|
| X Thomas DeLeon Sr | Thomas DeLeon |

**NEW LIENHOLDER INFORMATION:** The information below must be on an application for title and presented to the Michigan Department of State.

| Secured Party: | Address: |
|---|---|
| | |

The State of Michigan, Michigan Department of State certifies this certificate of title is issued in compliance with the laws of Michigan and constitutes prima facie proof of ownership. Further, on the date of title issuance, the described vehicle was subject to the security interest(s) listed above.

**MAILING ADDRESS**

H06057018

**\*\*NOTICE TO SELLERS\*\***
Sellers must keep a receipt or photocopy of the reassigned title for their records for 18 months or accompany the purchaser to a Secretary of State Office.

DEVONA MICHELLE BELSER
3739 COLLINGWOOD AVE SW
WYOMING                MI   49519

**DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS**

✱ 30 DAYS ✱

# IOTICE OF STORED VEHICLE (22852 CVC)

NOTE: CHP 180 IS FURNISHED TO ALL PEACE OFFICERS BY THE CALIFORNIA HIGHWAY PATROL

| EPORTING DEPARTMENT | LOCATION CODE | DATE / TIME OF REPORT | NOTICE OF STORED VEHICLE DELIVERED PERSONALLY | FILE NO. |
|---|---|---|---|---|
| PLACENTIA PD | 3216 | 2/24/23-040 | ☐ | 23-00691 |

| CATION TOWED / STOLEN FROM | ODOMETER READING | VIN CLEAR IN SVS? ☒YES ☐NO / LIC. CLEAR IN SVS? ☒YES ☐NO | DATE / TIME DISPATCH NOTIFIED 2/24/23-040 9 | LOG NO. |
|---|---|---|---|---|
| 1410 E. ORANGETHORPE, PLACENTIA | | | | |

| AR | MAKE | MODEL | BODY TYPE | COLOR | LICENSE NO. | ☒ ONE ☐ TWO | MONTH / YEAR | STATE |
|---|---|---|---|---|---|---|---|---|
| 003 | HYUN | SANTA FE | SUV | BLU | ZPB522 | | 7/23 | MI |

HICLE IDENTIFICATION NO.
K M 8 S C 1 3 E 3 3 U 5 5 5 7 4 2

| ENGINE NO. | VALUATION BY ☐OFFICER ☐OWNER |
|---|---|
| UNK | ☐0-500 ☐501-4000 ☐4001+ ☐$ UNK |

| REGISTERED OWNER | ☐ SAME AS R/O | LEGAL OWNER |
|---|---|---|
| BELSER, DEVONA<br>2720 INKERSOLL ST<br>WYOMING, MI 495194526 | | |

☐ **STORED**     ☒ **IMPOUNDED**     ☐ **RELEASED**     ☐ **RECOVERED - VEHICLE / COMPONENT**

| WING / STORAGE CONCERN (NAME, ADDRESS, PHONE) | STORAGE AUTHORITY / REASON |
|---|---|
| ANAHEIM FULLERTON TOW | CVC 14602.6 |

| ASON FOR STOP | AIRBAG? | DRIVEABLE? | | | VIN SWITCHED? |
|---|---|---|---|---|---|
| CVC 21252(a)-LT...VIOLATION | ☒YES ☐NO   ☐1 ☒2 | ☒YES ☐NO | ☐JUNK ☐UNK | | ☐YES ☒NO |

| CONDITION | YES | NO | ITEMS | YES | NO | ITEMS | YES | NO | ITEMS | YES | NO | TIRES / WHEELS | CONDITION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RECKED | | X | SEAT (FRONT) | X | | REGISTRATION | | X | CAMPER | | | LEFT FRONT | |
| RNED HULK per 431(c) CVC | | | SEAT (REAR) | | | ALT. / GENERATOR | X | | VESSEL AS LOAD | | | RIGHT FRONT | |
| NDALIZED | | | RADIO | | | BATTERY | | | FIREARMS | | | LEFT REAR | |
| G. / TRANS. STRIP | | | TAPE DECK | | X | DIFFERENTIAL | | | OTHER | | | RIGHT REAR | |
| SC. PARTS STRIP | X | | TAPES | | | TRANSMISSION | | | | | | SPARE | NO |
| DY METAL STRIP | | | OTHER RADIO | | | AUTOMATIC | | | | | | HUB CAPS | |
| RGICAL STRIP per 431(b) CVC | | | IGNITION KEY | | X | MANUAL | | X | | | | SPECIAL WHEELS | |

| LEASE VEHICLE TO: ☐ R/O OR AGENT ☐ AGENCY HOLD ☐ 22850.3 CVC | GARAGE PRINCIPAL / AGENT STORING VEHICLE (SIGNATURE) | DATE / TIME 2/11 1453 |
|---|---|---|

| ME OF PERSON / AGENCY AUTHORIZING RELEASE | I.D. NO. | DATE | CERTIFICATION: I, THE UNDERSIGNED, DO HEREBY CERTIFY THAT I AM LEGALLY AUTHORIZED AND ENTITLED TO TAKE POSSESSION OF THE ABOVE DESCRIBED VEHICLE. |
|---|---|---|---|

| NATURE OF PERSON AUTHORIZING RELEASE | SIGNATURE OF PERSON TAKING POSSESSION |
|---|---|

**SEE REVERSE FOR INFORMATION**

---

## MICHIGAN REGISTRATION

**JOCELYN BENSON**
Secretary of State

Plate: 2PBS22     Expires: 07/11/2023
ORIGINAL REGISTRATION
2003     HYUNDAI

Vehicle No.: KM8SC13E33U555742
B426139603549

DEVONA MICHELLE BELSER
3739 COLLINGWOOD AVE SW
WYOMING MI 49519

STATION WAGON

Fee Cat. or Wt.:     21001
County:     KENT

2PBS22



License Fee: 91.00

10272022 273 63873765 130.00