UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS JOSEPH DELEON SR., <br><br> Plaintiff, <br><br> v. <br><br> CITY OF PLACENTIA, et al., <br><br> Defendants. | Case No. 8:23-cv-00331-JGB (SK) <br><br> **ORDER ACCEPTING REPORT AND RECOMMENDATION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the attached Report and Recommendation to dismiss Plaintiff's First Amended Complaint for lack of prosecution and any relevant records if needed. Because the time for objections has passed with none filed, the Court need not review de novo the findings and conclusions in the Report and Recommendation. *See Thomas v. Arn*, 474 U.S. 140, 154 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

    The Court accepts the Report and Recommendation and orders that Plaintiff's First Amended Complaint be DISMISSED for lack of prosecution. Judgment dismissing this action will be entered accordingly.

    IT IS SO ORDERED.

Dated: October 20, 2023

Hon. Jesus G. Bernal
United States District Judge

2