JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS JOSEPH DELEON SR., <br><br> Plaintiff, <br><br> v. <br><br> CITY OF PLACENTIA, et al., <br><br> Defendants. | Case No. 8:23-cv-00331-JGB (SK) <br><br> **JUDGMENT** |

Pursuant to the Order Accepting Report and Recommendation to Dismiss Plaintiff's First Amended Complaint, **IT IS ADJUDGED** that this action is dismissed for lack of prosecution.

Dated: October 20, 2023

Hon. Jesus G. Bernal
United States District Judge